No. 8369. DONALD M. LEICHT, Appellant v. NORTH-ERN PACIFIC RAILROAD COMPANY, Respondent.

Decided February 15, 1947.

Pursuant to stipulation, it is hereby ordered that the above entitled cause be dismissed.

Chief Justice, HUGH R. ADAIR.

*Horace S. Davis, Wellington D. Rankin, Arthur P. Acher,* Attorneys for Appellant.

*M. S. Gunn, Sam D. Goza, Jr., Coleman, Jameson & Lamey* by *W. J. Jameson,* Attorneys for Respondent.

No. 8749. STATE OF MONTANA ex rel. ALEX KLING as guardian ad litem of Solomon Kling, Relator, v. DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT, et al., Respondents.

It is hereby ordered that the application for the writ herein be denied. Hugh Adair, Chief Justice; I. W. Choate, Albert H. Angstman, Edwin K. Cheadle, Lee Metcalf, Associate Justices.

Done this *22nd day of May, 1947.*

Attorneys for Relator: *Brattin & Habedank,* Sidney.